IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV. GARY FREDRICKSON, | **ORDER TO TRANSFER ACTION** |
| Plaintiff, | CASE NO. CV F 05-732 REC LJO |
| vs. | |
| UNITED STATES FEDERAL GOVERNMENT COMMISSIONER SOCIAL SECURITY ADMININSTRATION, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1391(b), a civil action, not based on diversity jurisdiction, may be brought only in the following venues: (1) a judicial district where any defendant resides, if all defendants reside in the same state; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

In this case, the claim(s) arose in Glendale, California, and in fact, plaintiff apparently intended to file this action in the United States District Court for the Central District of California. Therefore, this action should have been filed in the United States District Court for the Central District of California

1

1 | and shall, by this order, be transferred to that district.

2 |     Accordingly, this Court ORDERS that this action be transferred to the United States District
3 | Court for the Central District of California.

4 |     IT IS SO ORDERED.

5 | **Dated:   June 7, 2005**          **/s/ Lawrence J. O'Neill**
    66h44d                        UNITED STATES MAGISTRATE JUDGE